# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CORRALES,<br><br>            Plaintiff,<br><br>    v.<br><br>SIX UNKNOWN NAMES<br>AGENTS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:05-CV-01434-REC-LJO-P<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE IN FULL |

On November 14, 2005, plaintiff Carlos Corrales filed a complaint pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  Plaintiff neither paid the $250.00 filing fee in full nor filed an application to proceed in forma pauperis.

The Clerk's Office shall send plaintiff an application to proceed in forma pauperis by a prisoner.  Within **thirty (30) days** from the date of service of this order, plaintiff shall either pay the $250.00 filing fee in full or file an application to proceed in forma pauperis.  <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:     January 26, 2006**          /s/ Lawrence J. O'Neill
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE

1