1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10   CARLOS CORRALES,                    1:05-cv-01434-REC-LJO-P

11              Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                  **RECOMMENDATIONS** (Doc. 4)
12   vs.
                                  **ORDER DISMISSING ACTION AND**
13   SIX UNKNOWN NAMES AGENTS,    **DIRECTING CLERK TO ENTER**
     et al.,                      **JUDGMENT FOR DEFENDANTS**
14
                Defendants.
15   _____/

16

17

18       Plaintiff Carlos Corrales ("plaintiff") filed a complaint

19   pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of

20   Narcotics, 403 U.S. 388 (1971), which provides a remedy for

21   violation of civil rights by federal actors.   The matter was

22   referred to a United States Magistrate Judge pursuant to 28 U.S.C.

23   § 636(b)(1)(B) and Local Rule 72-302.

24       On March 22, 2006, the Magistrate Judge filed a Findings and

25   Recommendations herein which was served on plaintiff and which

26   contained notice to plaintiff that an objection to the Findings and

27   Recommendations was to be filed within eleven days.   To date,

28   plaintiff has not filed an objection to the Magistrate Judge's

                                    1

Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed March 22, 2006, is ADOPTED IN FULL;

2.   This action is DISMISSED, without prejudice, based on plaintiff's failure to obey the court's order of January 27, 2006; and

3.   The Clerk of the Court is directed to enter judgment for defendants.

IT IS SO ORDERED.

**Dated:  April 17, 2006**          **/s/ Robert E. Coyle**
668554                           UNITED STATES DISTRICT JUDGE